## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**LAWRENCE PAUL BILLIMEK**              **CIVIL ACTION NO. 26-368 SEC P**
**#36094-510**

**VERSUS**                                              **JUDGE EDWARDS**

**WARDEN F C I POLLOCK**               **MAG. JUDGE PEREZ-MONTES**
**SATELLITE CAMP**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate  Judge previously filed herein (R. Doc. 10), and after considering the Objection filed thereto (Doc. 11) and a *de novo* review of the record, having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (R. Docs. 1 and 7) is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 22nd day of June, 2026.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**